UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:**  CV 15-04134 SJO (FFMx)                **DATE:**  July 13, 2015

**TITLE:**  Bunda Market, Inc. v. Caffebene Inc. et al.

========================================================================
**PRESENT:**  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFFS:**                 **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                                         Not Present

========================================================================
**PROCEEDINGS (in chambers):   ORDER ACCEPTING PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FILING; DENYING DEFENDANT'S MOTION TO DISMISS OR STAY PENDING ARBITRATION AS MOOT** [Docket No. 16]

The Court is in receipt of Plaintiffs Bunda Market Inc. and Edward Yoon's (together, "Plaintiffs") First Amended Complaint ("FAC"), filed July 7, 2015, and accepts the FAC for filing.  Accordingly, Defendant Caffebene Inc.'s ("Defendant") Motion to Dismiss or Stay Pending Arbitration, filed June 26, 2015, and set for hearing August 3, 2015, is hereby **DENIED** as moot.  The parties are ordered to meet and confer to discuss whether Defendant shall file a renewed motion to dismiss.  Defendant has 14 days from the date of this Order to file a responsive pleading to Plaintiffs' FAC.

IT IS SO ORDERED.