LEE LAW OFFICES
W. Dan Lee (SBN 289526)
5670 Wilshire Blvd., Suite 2150
Los Angeles, California 90036
Telephone: (323) 289-2260
Facsimile: (323) 289-2261
Email: dlee@leelawltd.com

Attorneys for Plaintiffs
BUNDA MARKET, INC.; EDWARD YOON

BALLON STOLL BADER & NADLER, P.C.
Arzhang Boloorian (SBN 188140)
729 Seventh Avenue – 17th Floor
New York, New York 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Email: aboloorian@ballonstoll.com

Attorneys for Defendant CAFFEBENE INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BUNDA MARKET, INC., a California Corporation; and EDWARD YOON, an Individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CAFFEBENE, INC., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case Number: 2:15-cv-04134-SJO-FFMx<br><br>[~~PROPOSED~~] ORDER |

1

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, against all parties, with each party to bear its own attorney's fees and costs.

Dated: May 17, 2016

_____
Hon. S. James Otero
United States District Judge

[PROPOSED] ORDER